# EXHIBIT 1



## COPYRIGHT INFRINGEMENT NOTICE

# Windstone Buffalo Co.



**Physical Address:**
44229 281St Street
Freeman, SD 57029

**Email Address:**
Nathaniel.Preheim@gmail.com

**Additional Contact Information:**
970-691-5825

**URL Containing Copyrighted Image:**
http://www.wsbuffalo.com/store/p65/Chuck_Roast%3B_at_least_3_lb.html

