UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ADLIFE MARKETNG & COMMUNICATIONS,
CO., INC.,
    *Plaintiff*,

v.                                        C.A. No. 16-cv-11825-LTS

WINDSTONE BUFFALO CO.,
    *Defendant*.

## DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff, Adlife Marketing & Communications, Co., Inc., by and through its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Windstone Buffalo Co.

                                                 Respectfully submitted,

                                                 ADLIFE MARKETNG & COMMUNICATIONS,
                                                 CO., INC.,
                                                 By Its Attorney,

                                                 /s/ Chip Muller
                                                 Chip Muller, Esq. (BBO # 672100)
                                                 Muller Law, LLC
                                                 155 South Main Street, Suite 101
                                                 Providence, RI 02903
                                                 (401) 256-5171 (ph.)
                                                 (401) 256-5025 (fax)
                                                 chip@mullerlaw.com

October 24, 2016

## CERTIFICATION

I hereby certify that on the 24th day of October, 2016, I caused a copy of the within to be sent to the following via the Court's electronic filing system or U.S. mail:

John F.X. Lawler, Esq.
Prince Lobel Tye, LLP
One International Place, Suite 3700
Boston, MA 02110
jlawler@princelobel.com

Thomas M. Elcock, Esq.
Prince Lobel Tye, LLP
One International Place, Suite 3700
Boston, MA 02110
telcock@princelobel.com

  /s/    Chip Muller_____
Chip Muller, Esq. (BBO # 672100)