UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Adlife Marketing & Communications Co., Inc.<br><br>                Plaintiff,<br><br>v.<br><br>Windstone Buffalo Co.<br><br>                Defendant. | Civil Action No.<br>1:16-11825 LTS |

## ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, J

     In accordance with the [8] Notice of Voluntary Dismissal filed by the plaintiffs on October 24, 2016, this case is hereby dismissed and closed without prejudice.

.

                                                       By the Court,

                                                  /s/ Maria Simeone
                                                  Courtroom Deputy Clerk
                                                  The Honorable Leo T. Sorokin

To: All Counsel